ACCEPTED
04-15-00122-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/4/2015 10:38:09 AM
KEITH HOTTLE
CLERK

## NO. 04-15-00122-CR

| | | |
|---|---|---|
| **CARLOS BERNARD SMITH** | § | **IN THE FOURTH DISTRICT** |
| | § | |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| | § | |
| **STATE OF TEXAS** | § | **SAN ANTONIO, TEXAS** |

FILED
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/04/15 10:38:09 AM
KEITH E. HOTTLE
Clerk

### MOTION FOR LEAVE TO FILE LATE STATE'S BRIEF

TO THE HONORABLE JUDGES OF THE FOURT COURT OF APPEALS:

NOW COMES Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County and Counsel for the State of Texas, and files this Motion asking that the Court grant leave for the State to file a late brief.

Appellant was found guilty by a jury of murder and sentenced to 40 years on February 13, 2015. The notice of appeal was timely filed on February 24, 2015. The reporter's record was filed on March 16, 2015 and the clerk's record was filed on June 15, 2015. Appellant filed his brief on July 14, 2015. The State filed its brief late on November 4, 2015.

On October 26, 2015, the Court granted the State's third motion for extension of time to file the State's brief, giving the State until October 29, 2015 to file its brief. Unfortunately, counsel for the State made an improper assumption that the Court granted a 30 day extension. As a result of this mistake, counsel

focused on a brief in <u>Joshua Bradley v. State</u>, 13-15-00153-CR , that was due in the Thirteenth Court of Appeals on November 2, 2015, instead of finishing the brief in the instant case. As an officer of the court, counsel for the State assures the Court that this was not a conscious, purposeful disregard of the Court's order. Counsel apologizes sincerely for this mistake and asks the Court to please accept the State's late brief.

WHEREFORE, PREMISES CONSIDERED, Counsel for the State prays that the Court grant leave for the State to file its late brief and that the Court considers the State's brief on review.

Respectfully submitted,

Nicholas "Nico" LaHood
Criminal District Attorney
Bexar County, Texas

/s/ Lauren A. Scott
_____

**Lauren A. Scott**
State Bar No. 24066843
Assistant Criminal District Attorney
101 W. Nueva Street
 San Antonio, Texas 78205-3030
Phone: (210) 335-2885
Email: lscott@bexar.org

## CERTIFICATE OF SERVICE

I, Lauren A. Scott, Assistant District Attorney, Bexar County, Texas, certify that a copy of the foregoing motion was delivered by e-file e-service to James Oltersdorf, attorney for appellant, on November 4, 2015.

**/s/ Lauren A. Scott**

**Lauren A. Scott**
State Bar No. 24066843
Assistant Criminal District Attorney
101 W. Nueva Street
San Antonio, Texas 78205-3030
Phone: (210) 335-2885
Email: lscott@bexar.org